United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13845-elf |
| James M. Gallman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James M. Gallman, 334 E. Upsal Street, Philadelphia, PA 19119-2347 |
| 13735845 | + | CBE Group, Inc., 131 Tower Park Drive, P.O. Box 900, Waterloo, IA 50704-0900 |
| 13735846 | + | Chestnut Hill Hospital, 8835 Germantown Avenue, Philadelphia, PA 19118-2765 |
| 13735842 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 13735850 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 13735851 | + | Medical Data Systems, 2001 9th Avenue, Ste. 3, Vero Beach, FL 32960-6413 |
| 13735853 | + | PA SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 13735856 | + | Phialdelphia Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 13782214 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 13735858 | + | Romaine Burnett, 2227 Pileggi Drive, Apt. B, Warrington, PA 18976-1846 |
| 13735859 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, P.O. Box 6419, Carol Stream, IL 60197-6419 |
| 13735860 | + | Suburban Credit Corporation, 6142 Franconia Road, P.O. Box 30640, Alexandria, VA 22310-8640 |
| 13735862 | | Tri-County Emergency Phys Inc., P.O. Box 512536, Philadelphia, PA 19175-2536 |
| 13814912 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13839284 | + | U.S. Bank NA, c/o Thomas Puleo, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13815186 | + | U.S. Bank NA, c/o Joshua I. Goldman, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13735864 | + | Victoria Fire Casualty, 22901 Millcreek Boulevard, Cleveland, OH 44122-5728 |
| 13760648 | | Wells Fargo Bank N.A., PO Box 19657, Irvine, CA 92623-9657 |
| 13735865 | | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13816012 | | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13735847 | + | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 13735848 | + | Email/Text: convergent@ebn.phinsolutions.com | | |

District/off: 0313-2            User: admin            Page 2 of 3

Date Rcvd: Feb 17, 2021            Form ID: 138NEW            Total Noticed: 32

| Recip ID | | Notice Info | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 18 2021 04:02:00 | Convergent Outsourcing, P.O. Box 9004, Renton, WA 98057-9004 |
| 13735849 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 18 2021 04:03:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 13735844 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 18 2021 04:02:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 13735852 | | Email/Text: blegal@phfa.org | Feb 18 2021 04:02:00 | PA Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 13735854 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 18 2021 04:01:00 | PECO Energy Company, N3-2, Accounts Receivable Grp, 2301 Market Street, Philadelphia, PA 19103-1338 |
| 13735857 | | Email/Text: Supportservices@receivablesperformance.com | Feb 18 2021 04:03:00 | Receivables Performance Mgt., P.O. Box 1548, Lynnewood, WA 98046-1548 |
| 13735861 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 18 2021 04:03:00 | Transworld Systems Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 13735863 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 18 2021 04:00:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Springs, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13735843 | *+ | James M. Gallman, 334 E. Upsal Street, Philadelphia, PA 19119-2347 |
| 13735855 | ## | Penn Credit Corporation, P.O. Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor James M. Gallman spitofskybk@verizon.net  spitofskylaw@verizon.net |
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING |

District/off: 0313-2                    User: admin                                   Page 3 of 3

Date Rcvd: Feb 17, 2021                Form ID: 138NEW                           Total Noticed: 32

FINANCE AGENCY) Josh.Goldman@padgettlawgroup.com
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

LEON P. HALLER

on behalf of Creditor U.S. Bank National Association as Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com

THOMAS I. PULEO

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING
FINANCE AGENCY) tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James M. Gallman

             Debtor(s)                                Bankruptcy No: 16–13845–elf

                                             Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                           900 Market Street
                               Suite 400
                       Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                         For The Court
                                    Timothy B. McGrath
                                    Clerk of Court

Dated: 2/17/21